7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Larry Ezekiel Trout and Liana Elizabeth Trout
**Debtor**

*Bankruptcy Case No.*
11–45245–abf7

**Jerald S. Enslein, Trustee**
   Plaintiff(s)

*Adversary Case No.*
14–04012–abf

v.

**Larry Ezekiel Trout**
**Liana Elizabeth Trout**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment by default is hereby entered in favor of the Trustee and against the Debtors, Larry Ezekiel Trout, Jr. and Liana Elizabeth Trout pursuant to Rule 7055 FRBP and Rule 55 FRCP, such that: (i) the discharge granted to the debtors in the Order Discharging Debtors(document number 24 of the Docket Report of the Court in the Bankruptcy Case) entered on February 15, 2012, is hereby revoked; and (ii) the Trustee is hereby awarded costs in the amount of $293.00 and reasonable attorney's fees in the amount of $600.00, such sums to be paid to the Trustee by the Debtors and for which they shall be jointly and severally liable.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 5/2/14

Court to serve